**Opinion issued July 18, 2023**



In The

# Court of Appeals

For The

# First District of Texas

_____

### NO. 01-23-00146-CV

_____

**NOAH D. RADBIL AND THE LAW OFFICE OF NOAH D. RADBIL, PLLC, Appellants**

**V.**

**MEDARD INTEREST, INC., CLAUDE PHILLIPE MEDARD AND CLAUDE PIERRE MEDARD, Appellees**

---

**On Appeal from the 281st District Court**
**Harris County, Texas**
**Trial Court Case No. 2019-22529**

---

## MEMORANDUM OPINION

On April 11, 2023, appellants filed a motion to dismiss this accelerated appeal challenging the trial court's denial of appellants' motion to compel arbitration. Based on subsequent information, appellants have determined that appellees are not

suing upon a written contract and therefore, appellants move to dismiss the appeal. We held this motion for ten days to permit appellees to file any opposition to this motion to dismiss and no opposition was filed. *See* TEX. R. APP. P. 10.3(a). No opinion has issued.

Accordingly, we grant appellants' motion and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). Any other pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Countiss.